U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUL 10 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LATEN MILLER and BETTY MILLER | : | DOCKET NO. 2:07-CV-2040 |
| VS. | : | JUDGE MINALDI |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiffs' motion to remand [Doc. 15] be, and it is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this \_\_10\_\_ day of \_\_July\_\_, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE